JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY DALE WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | Case No. CV 12-1893-SP<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: October 27, 2014

_____
SHERI PYM
United States Magistrate Judge